**Daniel Ray UNGER; Joshua Paul
Unger, Plaintiffs—Appellants**

v.

**Greg L. COMPTON; City of Jacksonville, Texas; State of Texas; Margarita Meza; Pete Menefee; Steven Guy,
Defendants—Appellees.**

No. 06–41188.

United States Court of Appeals,
Fifth Circuit.

Oct. 2, 2007.

Daniel Ray Unger, Grapeland, TX, pro
se.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR
R. 47.5.4.

Joshua Paul Unger, pro se.

Shelby Jeanne Kelley, Bracewell & Giuliani, Washington, DC, Bobby Lance Vincent, Ritcheson, Dollahite & Lauffer, Tyler, TX, Barney L. Knight & Associates, John M. Orton, Office of the Attorney General Law Enforcement Defense Div, Austin, TX, for Defendants–Appellees.

Before JONES, Chief Judge, and STEWART and CLEMENT, Circuit Judges.

PER CURIAM: *

Daniel and Joshua Unger appeal the dismissal of their lawsuit on summary judgment. To the extent their arguments—many of which are legally meaningless—are decipherable, the issues were properly disposed of by the magistrate judge's opinion, and the findings and conclusions therein were correctly adopted by the district court. We find here no reversible error of fact or law in the judgment.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.